**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., et al, <br><br> v. <br><br> ALKEM LABORATORIES LTD. | Case No. 2:23-cv-0400-JRG-RSP <br> (Lead Case) |
| PAR PHARMACEUTICAL, INC., et al, <br><br> v. <br><br> MANKIND PHARMA LIMITED | Case No. 2:23-cv-0399-JRG-RSP <br> (Member Case) |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC ("Plaintiffs") respectfully request that Robert D. Rhoad be permitted to withdraw as counsel of record for Plaintiffs in the above captioned matters. No other changes are requested at this time regarding the other attorneys acting as Plaintiffs' counsel of record.

DATED:  January 8, 2024                    Respectfully submitted,


                                           By: /s/*Martin J. Black*
                                           Martin J. Black **LEAD ATTORNEY**
                                           Robert D. Rhoad
                                           Brian M. Goldberg
                                           Luke M. Reilly
                                           DECHERT LLP
                                           Cira Centre
                                           2929 Arch Street
                                           Philadelphia, PA 19104
                                           Tel: (215) 994-4000
                                           Fax: (215) 994-2222
                                           martin.black@dechert.com
                                           brian.goldberg@dechert.com
                                           robert.rhoad@dechert.com
                                           luke.reilly@dechert.com

                                           Shyam Shanker
                                           DECHERT LLP
                                           300 South Tryon Street
                                           Suite 800
                                           Charlotte, NC 28202
                                           Tel: (704)-339-3160
                                           Fax: (704) 339-3101
                                           shyam.shanker@dechert.com

                                           Jonathan D.J. Loeb, Ph.D.
                                           DECHERT LLP
                                           2400 W. El Camino Real, Suite 700
                                           Mountain View, CA 94040-1499
                                           Tel: (650) 813-4995
                                           Jonathan.loeb@dechert.com

                                           OF COUNSEL:

                                           Andrea L. Fair
                                           Texas Bar No. 24078488
                                           WARD, SMITH & HILL, PLLC
                                           1507 Bill Owens Pkwy.
                                           Longview, TX 75604
                                           Tel: (903) 757-6400
                                           andrea@wsfirm.com

                                           *Counsel for Plaintiffs Par Pharmaceutical,*
                                           *Inc. and Endo Par Innovation Company, LLC*

## CERTIFICATE OF CONFERENCE

I certify that, pursuant to Local Rule CV-7(i), counsel for Plaintiffs and Defendants have complied with the meet and confer requirement in Local Rule CV-7(h), and that the motion is unopposed.

*/s/Martin J. Black*
Martin J. Black

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 8th Day of January 2024.

*/s/Martin J. Black*
Martin J. Black