IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAR PHARMACEUTICAL INC. and ENDO PAR INNOVATION COMPANY, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALKEM LABORATORIES LTD.,<br><br>*Defendant*. | § § § § § § § § § § § § | Civil Action No. 2:23-cv-00400-JRG-RSP<br>(LEAD CASE) |
| v.<br><br>MANKIND PHARMA LIMITED,<br><br>*Defendant*. | § § § § § | Civil Action No. 2:23-cv-00399-JRG-RSP<br>(MEMBER CASE) |

**NOTICE OF COMPLIANCE**

Pursuant to the Court's Discovery Order (Dkt. 62), entered on January 12, 2024, Plaintiff files this notice confirming that it has complied with Local Patent Rules 3-1 and 3-2 by serving Initial and Additional Disclosures on the defendants on January 26, 2024.

Dated January 26, 2024

Respectfully submitted,

*/s/ Marc Belloli by permission Andrea L. Fair*
Marc Belloli (*pro hac vice*)
California Bar No. 244290
mbelloli@bdiplaw.com
M. Elizabeth Day (*admitted in Texas*)
California Bar No. 177125
eday@bdiplaw.com
Jerry D. Tice II
Texas State Bar No. 24093263
jtice@bdiplaw.com
Aaron R. Hand (*admitted in Texas*)
California Bar No. 245755
ahand@bdiplaw.com
Brenda Entzminder (*pro hac vice*)
California Bar No. 226760
bentzminger@bdiplaw.com
**BUNSOW DE MORY LLP**
701 El Camino Real,
Redwood City, CA 94063
Tel: (650) 351-7248
Fax: (415) 426-4744

*Of Counsel:*

Andrea L. Fair
Texas Bar No. 24078488
andrea@wsfirm.com
Wesley Hill
Texas Bar No. 24032294
wh@wsfirm.com
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Tel: 903-757-6400
Fax: 903-757-2323

*Attorneys for Plaintiff*
Emerging Automotive LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 26th day of January, 2024.

/s/ *Andrea L. Fair*
Andrea L. Fair