IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC, <br><br>Plaintiffs,<br><br>v.<br><br>ALKEM LABORATORIES LTD.<br>Defendant. | § § § § § § § § § § § | Case. No. 2:23-cv-00400-JRG-RSP<br>(LEAD CASE) |
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC, <br><br>Plaintiffs,<br><br>v.<br><br>MANKIND PHARMA LIMITED<br>Defendant. | § § § § § § § § § § § | Case. No. 2:23-cv-00399-JRG-RSP<br>(MEMBER CASE) |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company (collectively "Par") and Defendants Alkem Laboratories Ltd. ("Alkem") and Mankind Pharma Limited ("Mankind") file this Joint Motion to Amend Docket Control Order to extend current deadlines in this case. The parties have jointly agreed to extend the deadline to substantially complete document production to August 12, 2024 and to exchange privilege logs to August 23, 2024, as set forth in the attached proposed order that lists the proposed changes. No other deadlines would be affected by this extension.

The parties respectfully submit that the additional time requested for these deadlines will promote the efficient preparation of this case for trial. The requested extension is not sought for

an improper purpose, but so that substantial justice can be done. A proposed order is attached setting for the requested new deadlines.

| | |
|---|---|
| Dated: July 15, 2024 | <u>/s/  Martin J. Black by permission Andrea L. Fair</u><br>Martin J. Black – LEAD ATTORNEY<br>Robert D. Rhoad<br>Sharon K. Gagliardi<br>Brian M. Goldberg<br>Luke M. Reilly<br>Daniel R. Roberts<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: (215) 994-4000<br>martin.black@dechert.com<br>robert.rhoad@dechert.com<br>sharon.gagliardi@dechert.com<br>brian.goldberg@dechert.com<br>luke.reilly@dechert.com<br>daniel.roberts@dechert.com<br><br>Jonathan D.J. Loeb, Ph.D.<br>DECHERT LLP<br>2400 W. El Camino Real, Suite 700<br>Mountain View, CA 94040-1499<br>Tel: (650) 813-4995<br>jonathan.loeb@dechert.com<br><br>OF COUNSEL:<br><br>Andrea L. Fair<br>Texas Bar No. 24078488<br>WARD, SMITH & HILL, PLLC<br>1507 Bill Owens Pkwy.<br>Longview, TX 75604<br>Tel: (903) 757-6400<br>andrea@wsfirm.com<br><br>*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC* |

*/s/ Teresa Summers by permission Andrea L. Fair*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

A. Neal Seth
Teresa Summers
Wiley Rein LLP
2050 M St. NW
Washington, DC 20036
Telephone:  202-719-7000
Facsimile:  202-719-7049
nseth@wiley.law
tsummers@wiley.law

*Attorneys for Defendant Alkem Laboratories, Ltd.*

*/s/ Samantha M. Lerner by permission Andrea L. Fair*
Rex Mann
Brett Johnson
WINSTON & STRAWN LLP (#90875)
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone:  (214) 453-6500
Facsimile:  (214) 453-6400
rmann@winston.com
mbjohnson@winston.com

Maureen Rurka
Samantha M. Lerner
WINSTON & STRAWN LLP (#90875)
35 West Wacker Drive
Chicago, IL 60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700
mrurka@winston.com
slerner@winston.com

*Attorneys for Defendant Mankind Pharma Limited*

### CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

*/s/ Andrea L. Fair*
Andrea L. Fair

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that counsel for Plaintiffs and Defendants have conferred by email. This motion is joint and is, therefore, unopposed.

*/s/ Andrea L. Fair*
Andrea L. Fair