IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC, <br><br>Plaintiffs,<br><br>v.<br><br>ALKEM LABORATORIES LTD.<br>Defendant. | § § § § § § § § § § § | Case. No. 2:23-cv-00400-JRG-RSP<br>(LEAD CASE) |
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MANKIND PHARMA LIMITED<br>Defendant. | § § § § § § § § § § § | Case. No. 2:23-cv-00399-JRG-RSP<br>(MEMBER CASE) |

**JOINT STIPULATION REGARDING PRIVILEGE LOGS**

Plaintiffs, Par Pharmaceutical, Inc. and Endo Par Innovation Company, ("Par") and Defendants, Alkem Laboratories Ltd. ("Alkem") and Mankind Pharma Limited ("Mankind"), (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, pursuant to the Court's Discovery Order, the parties are required to exchange privilege logs by the deadline set in the Court's Docket Control Order (Dkt. No. 62);

WHEREAS, pursuant to the Court's Amended Docket Control Order, the deadline to exchange privilege and redaction logs is August 23, 2024 (Dkt. No. 68);

WHEREAS the Parties are of the opinion that the specific facts and circumstances of the above-captioned action do not warrant the exchange of privilege and redaction logs; and

WHEREAS the Parties have agreed to forego exchanging privilege and redaction logs in the above-captioned action;

WHEREAS the Parties agree the agreement not to exchange privilege and redaction logs is without prejudice to or waiver of the Parties' privilege claims.

NOW, THEREFORE, in consideration thereof and of mutual agreement of the Parties, the Parties HEREBY STIPULATE AND AGREE AS FOLLOWS:

The Parties will forego exchanging privilege and redaction logs without waiver of any privilege claims and none of the Parties in the above-captioned action are required to provide a privilege or redaction log relating to documents withheld or redacted on the grounds of privilege.

Dated: August 2, 2024

/s/ Martin J. Black by permission Andrea L. Fair
Martin J. Black – LEAD ATTORNEY
Robert D. Rhoad
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
robert.rhoad@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499

Tel: (650) 813-4995
jonathan.loeb@dechert.com

OF COUNSEL:

Andrea L. Fair
Texas Bar No. 24078488
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

 /s/Teresa Summers by permission Andrea L. Fair
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

A. Neal Seth
Teresa Summers
Wiley Rein LLP
2050 M St. NW
Washington, DC 20036
Telephone:  202-719-7000
Facsimile:  202-719-7049
nseth@wiley.law
tsummers@wiley.law

*Attorneys for Defendant Alkem Laboratories, Ltd.*

/s/ Brett Johnson by permission Andrea L. Fair
Rex Mann
Brett Johnson
WINSTON & STRAWN LLP (#90875)
2121 N. Pearl Street, Suite 900
Dallas, TX 75201

        Telephone:  (214) 453-6500
        Facsimile:  (214) 453-6400
        rmann@winston.com
        mbjohnson@winston.com

        Maureen Rurka
        Samantha M. Lerner
        WINSTON & STRAWN LLP (#90875)
        35 West Wacker Drive
        Chicago, IL 60601
        Telephone:  (312) 558-5600
        Facsimile:  (312) 558-5700
        mrurka@winston.com
        slerner@winston.com

        *Attorneys for Defendant Mankind Pharma Limited*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

        */s/ Andrea L. Fair*
        Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that counsel for Plaintiffs and Defendants have conferred by email. This stipulation is joint and is, therefore, unopposed.

        */s/Andrea L. Fair*
        Andrea L. Fair