IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br>v.<br><br>ALKEM LABORATORIES LTD.<br><br>Defendant. | CIVIL ACTION NO. 2:23-CV-00400-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br>v.<br><br>MANKIND PHARMA LIMITED<br><br>Defendant. | CIVIL ACTION NO. 2:23-CV-00399-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC (together, "Par") and Defendants Alkem Laboratories Ltd. ("Alkem") and Mankind Pharma Limited ("Mankind") (collectively, "the Parties") respectfully file this Joint Motion to Amend Docket Control Order and would show the Court as follows:

Pursuant to the Court's Amended Docket Control Order (Dkt. No. 68), the deadline for the Parties to comply with P.R. 4-3 (Joint Claim Construction Statement) is September 12, 2024. At this time, the Parties seek a brief one-week extension of time up to and including September 19, 2024, for the Parties to comply with P.R. 4-3 (Joint Claim Construction Statement).

The Parties represent that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for Alkem met and conferred with counsel for Par and

1

Mankind to discuss the substantive relief sought in this Motion.  The Parties are jointly seeking the relief sought herein.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and enter an order extending the time in which the Parties are required to comply with P.R. 4-3 (Joint Claim Construction Statement) up to and including September 19, 2024.

Dated: September 10, 2024

*/s/ A. Neal Seth*

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

A. Neal Seth
Teresa Summers
Wiley Rein LLP
2050 M St. NW
Washington, DC 20036
Telephone:  202-719-7000
Facsimile:  202-719-7049
nseth@wiley.law
tsummers@wiley.law

***ATTORNEYS FOR DEFENDANT***
***ALKEM LABORATORIES, LTD.***

*/s/ Rex Mann*
Rex Mann
Brett Johnson
**WINSTON & STRAWN LLP (#90875)**
2121 North Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile:  (214) 453-6400
rmann@winston.com
mbjohson@winston.com

Respectfully submitted,

*/s/ Andrea L. Fair*

Martin J. Black – LEAD ATTORNEY
Robert D. Rhoad
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
robert.rhoad@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.
**DECHERT LLP**
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

Of Counsel:

Andrea L. Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy.
Longview, TX 75604

2

Maureen Rurka
Samantha M. Lerner
**WINSTON & STRAWN LLP (#90875)**
35 West Wacker Drive
Chicago, IL 60601
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700
mrurka@winston.com
slerner@winston.com

*ATTORNEYS FOR DEFENDANT*
*MANKIND PHARMA LIMITED*

Tel: (903) 757-6400
andrea@wsfirm.com

*ATTORNEYS FOR PLAINTIFFS*
*PAR PHARMACEUTICAL, INC., and ENDO*
*PAR INNOVATION COMPANY, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Alkem met and conferred with counsel for Par and Mankind to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system on September 10, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith