IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAR PHARMACEUTICAL INC. and ENDO PAR INNOVATION COMPANY, LLC, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:23-cv-00400-JRG-RSP (LEAD CASE) |
| ALKEM LABORATORIES LTD., | § § § | |
| *Defendant.* | § § | |
| v. | § § § | Civil Action No. 2:23-cv-00399-JRG-RSP (MEMBER CASE) |
| MANKIND PHARMA LIMITED, | § § | |
| *Defendant.* | § § | |

**P.R. 4-3 JOINT CLAIM CONSTRUCTION STATEMENT**

Pursuant to P.R. 4-3 and the Docket Control Order the Court has entered in this case, Plaintiffs Par Pharmaceutical Inc. and Endo Par Innovation Company, LLC (collectively "Plaintiffs" or "Par") and Defendants Alkem Laboratories Ltd. ("Alkem") and Mankind Pharma Limited ("Mankind") (collectively, "Defendants") file this joint claim construction statement.

The claim construction hearing currently set for December 5, 2024 is set to address, to the extent necessary, asserted U.S. Patent Nos. 11,717,524 ("'524 patent") and 11,779,587 ("'587 patent").

    I.    **P.R. 4-3(a) Agreed Claim Constructions**

The parties have not agreed to any claim constructions.

    II.    **P.R. 4-3(b) Proposed Constructions for Terms in Dispute**

1

See Exhibit A for a chart showing the parties' proposed constructions with intrinsic and extrinsic evidence supporting such constructions.  All parties reserve the right to rely upon any intrinsic or extrinsic evidence identified by any other party, and any evidence obtained through claim construction discovery.  In addition, each party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

### III.     P.R. 4-3(c) Anticipated Length of Time for Claim Construction Hearing

The parties propose that each side receive 90 minutes for oral argument on claim construction issues. Thus, the parties anticipate the claim construction hearing to last no more than 3 hours.

### IV.     P.R. 4-3(d) Anticipated Witnesses at the Claim Construction Hearing

No party will call any live witnesses at the claim construction hearing.  As identified in Exhibit A, the parties may submit expert declarations from various experts with the claim construction briefings.

### V.     P.R. 4-3(e) Other Issues to be Addressed at Claim Construction Prehearing Conference

The parties are not aware of any other issues at this time that might be appropriately addressed at a prehearing conference prior to the Claim Construction Hearing.

Dated: September 19, 2024                       By: /s/*Martin J. Black by permission Andrea Fair*_____
Martin J. Black **LEAD ATTORNEY**
Brian M. Goldberg
Sharon K. Gagliardi
Luke M. Reilly

        DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com
brian.goldberg@dechert.com
sharon.gagliardi@dechert.com
luke.reilly@dechert.com

Shyam Shanker
DECHERT LLP
300 South Tryon Street
Suite 800
Charlotte, NC 28202
Tel: (704)-339-3160
Fax: (704) 339-3101
shyam.shanker@dechert.com

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
Jonathan.loeb@dechert.com

OF COUNSEL:

Andrea L. Fair
Texas Bar No. 24078488
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@wsfirm.com

*Counsel for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

Dated: September 19, 2024

        <u>/s/ Melissa R. Smith by permission Andrea L. Fair</u>
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH LLP

3

303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

A. Neal Seth
Teresa Summers
Wiley Rein LLP
2050 M St. NW
Washington, DC 20036
Telephone: 202-719-7000
Facsimile: 202-719-7049
nseth@wiley.law
tsummers@wiley.law

*Attorneys for Defendant Alkem Laboratories, Ltd.*

<u>/s/ Rex Mann by permission Andea L. Fair</u>
Rex Mann
Brett Johnson
WINSTON & STRAWN LLP (#90875)
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400
rmann@winston.com
mbjohnson@winston.com

Maureen Rurka
Samantha M. Lerner
WINSTON & STRAWN LLP (#90875)
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mrurka@winston.com
slerner@winston.com

*Attorneys for Defendant Mankind Pharma Limited*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on all counsel of record via electronic mail in accordance with Local Rule CV-5(d) on this 19th Day of September 2024.

/s/Martin J. Black
Martin J. Black