# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ALKEM LABORATORIES LTD. <br> Defendant. | § § § § § § § § § § § | Case. No. 2:23-cv-00400-JRG-RSP <br> (LEAD CASE) |
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MANKIND PHARMA LIMITED <br> Defendant. | § § § § § § § § § § § § | Case. No. 2:23-cv-00399-JRG-RSP <br> (MEMBER CASE) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs, Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC ("Par"), and Defendant, Mankind Pharma Limited ("Mankind"), hereby stipulate and agree that all matters in controversy between Par and Mankind in this action, including all claims, counterclaims, and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party. This dismissal is solely with respect Mankind and does not affect any claims or defenses by and between Par and any other party to this action.

Dated: November 26, 2024

Respectfully submitted,

/s/ Martin J. Black by permission
Andrea L. Fair
Martin J. Black – LEAD ATTORNEY
Robert D. Rhoad
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
robert.rhoad@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

OF COUNSEL:

Andrea L. Fair
Texas Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

/s/ Samantha M. Lerner by permission
Andrea L. Fair

Rex Mann
Brett Johnson
WINSTON & STRAWN LLP (#90875)
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400
rmann@winston.com
mbjohnson@winston.com

Maureen Rurka
Samantha M. Lerner
WINSTON & STRAWN LLP (#90875)
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
mrurka@winston.com
slerner@winston.com

*Attorneys for Defendant Mankind Pharma Limited*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 26, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

*/s/ Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC met and conferred with counsel for Defendant Mankind Pharma Limited on November 26, 2024. The Parties are in agreement and seeking joint relief.

*/s/ Andrea L. Fair*
Andrea L. Fair