IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ALKEM LABORATORIES LTD.<br>Defendant. | Case. No. 2:23-cv-00400-JRG-RSP<br>(LEAD CASE) |
| PAR PHARMACEUTICAL, INC., and ENDO PAR INNOVATION COMPANY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MANKIND PHARMA LIMITED<br>Defendant. | Case. No. 2:23-cv-00399-JRG-RSP<br>(MEMBER CASE) |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rules 41(a) of the Federal Rules of Civil Procedure, Plaintiffs, Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC ("Par"), and Defendant, Alkem Laboratories Ltd. ("Alkem"), hereby stipulate and agree that all matters in controversy between Par and Alkem in this action, including all claims, and affirmative defenses, are dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party. This dismissal is solely with respect Alkem and does not affect any claims or defenses by and between Par and any other party to this action.

Dated: December 3, 2024

Respectfully submitted,

*/s/ Martin J. Black by permission*
*Andrea L. Fair*
Martin J. Black – LEAD ATTORNEY
Robert D. Rhoad
Sharon K. Gagliardi
Brian M. Goldberg
Luke M. Reilly
Daniel R. Roberts
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
martin.black@dechert.com
robert.rhoad@dechert.com
sharon.gagliardi@dechert.com
brian.goldberg@dechert.com
luke.reilly@dechert.com
daniel.roberts@dechert.com

Jonathan D.J. Loeb, Ph.D.
DECHERT LLP
2400 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
Tel: (650) 813-4995
jonathan.loeb@dechert.com

OF COUNSEL:

Andrea L. Fair
Texas Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Pkwy.
Longview, TX 75604
Tel: (903) 757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC*

*/s/ Melissa R. Smith by permission*
*Andrea L. Fair*

      Melissa R. Smith
      State Bar No. 24001351
      GILLAM & SMITH LLP
      303 South Washington Avenue
      Marshall, Texas 75670
      Telephone: (903) 934-8450
      Facsimile: (903) 934-9257
      melissa@gillamsmithlaw.com

      A. Neal Seth
      Teresa Summers
      Wiley Rein LLP
      2050 M St. NW
      Washington, DC 20036
      Telephone: 202-719-7000
      Facsimile: 202-719-7049
      nseth@wiley.law
      tsummers@wiley.law

      *Attorneys for Defendant Alkem Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2024, the foregoing document was filed electronically in compliance with Local Rule CV-5(a), which will provide notice of the same to all counsel of record.

*/s/ Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiffs Par Pharmaceutical, Inc. and Endo Par Innovation Company, LLC met and conferred with counsel for Defendant Alkem on December 3, 2024. The Parties are in agreement and seeking joint relief.

*/s/ Andrea L. Fair*
Andrea L. Fair